

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Christopher Castleberry, Appellant

No. 06-21-00080-CV     v.

Charlotte Lynn Shirley, Perry M. Shirley,
Individually, and Perry M. Shirley d/b/a
Perry Shirley Concrete, Appellees

Appeal from the 76th District Court of
Morris County, Texas (Tr. Ct. No. 25167).
Memorandum Opinion delivered by Chief
Justice Morriss, Justice Burgess and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Christopher Castleberry, pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 17, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk